# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL BARR, et al., | ) | CASE NO. 1:17-cv-1390 |
| | ) | |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| CLEVELAND METROPARKS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

For all of the reasons set forth in the contemporaneously filed Memorandum Opinion, the Court approves the parties' settlement of plaintiffs' claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*., as it represents a fair and reasonable resolution of bona fide disputes. Any and all claims in this lawsuit are dismissed with prejudice. The Court retains jurisdiction over this action to enforce the terms of the settlement.

**IT IS SO ORDERED**.

Dated: February 2, 2018

_____

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**